[No. 5196–6–II.   Division Two.   February 3, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR LEE CORCORAN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–637, John H. Kirkwood, J., entered November 26, 1980. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

[No. 5427–2–II.   Division Two.   February 3, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH ANTHONY RYAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 58152, Arthur W. Verharen, J., entered March 3, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Reed, JJ.

[No. 5424–1–III.   Division Three.   February 3, 1983.]

STEVEN HAGGARD, *Appellant,* v. LARRY KINCHELOE, *Respondent.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82–2–00325–6, James B. Mitchell, J., entered September 17, 1982. *Dismissed* by unpublished per curiam opinion.

[No. 5681–0–II.   Division Two.   February 4, 1983.]

THE COUNTY OF PIERCE, *Respondent,* v. LAWRENCE WINGARD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 303320, James P. Healy, J., entered June 4, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.